THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services (SCDSS),
Respondent,
v.
Gale B., Appellant.
In the interest of B.B. a minor under the age of 18.
 
 
 

Appeal From Colleton County
 Wayne M. Creech, Family Court Judge

Unpublished Opinion No. 2006-UP-322
Submitted July 25, 2006  Filed August 22, 2006

AFFIRMED

 
 
 
Thomas I. Howard, of Walterboro,for Appellant.
Mark Shelton Moore, of Walterboro,for Respondent.
Elbert O. Duffie, III, of Walterboro; for Guardian Ad Litem.
 
 
 

PER CURIAM: Gale B. appeals from the order of the family court terminating her parental rights to her daughter, B.B.  Pursuant to Ex parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), Gale B.s counsel attached to the record of the family court proceedings an affidavit stating he reviewed the transcript and was unable to determine any meritorious issues.  Neither the Department of Social Services nor Gail B. filed a response to counsels affidavit.
Upon reviewing the record and the family courts determination in its entirety, we find no meritorious issues warranting briefing.  Accordingly, the family courts decision is 
AFFIRMED. [1]
HEARN, C.J., and GOOLSBY and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.